UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HATTIE TANNER,

        Plaintiff,         Case no. 07-14579
                                 HON. JOHN CORBETT O'MEARA

v.

WATSON, et al.,

        Defendants.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

The Court having reviewed the July 17, 2008, Report and Recommendation filed by Magistrate Judge Komives, no objections having been filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court in its entirety.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment, filed January 07, 2008 is DENIED.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: August 06, 2008

Certificate of Service

      I hereby certify that the foregoing order was served upon the parties of record on August 06, 2008, by electronic and/or U.S. mail.

                                            s/William Barkholz
                                            Case Manager