UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HATTIE TANNER,

        Plaintiff,                    Case no. 07-14579

v.                                   HON. JOHN CORBETT O'MEARA

KATRINA BORTHWELL and
VERNITA MOSES,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the June 03, 2009, Report and Recommendation filed by Magistrate Judge Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted by this Court.

IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment, filed November 10, 2008 is DENIED.

                                                    s/John Corbett O'Meara
                                                    United States District Judge

Date: August 10, 2009

## Certificate of Service

I hereby certify that the foregoing order was served upon the parties of record on August 10, 2009, by electronic and/or U.S. mail.

                                                      s/William Barkholz
                                                      Case Manager